UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of the United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **DENNIS WEBB, MATHIEU FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN,** <br><br> Defendants. | Civil Action No. C 12-2055 EMC <br><br> [PROPOSED] ORDER GRANTING PARTIES' STIPULATION EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON THE PARROT CELLULAR ESOP MOTION TO DISMISS |

It is hereby **ORDERED** that the Plaintiff's opposition brief shall be filed on or before July 17, 2012, and the Defendant Employee Stock Ownership Plan's reply brief shall be filed on or before July 27, 2012.

**IT IS SO ORDERED.**

Dated: 7/3/12

_____
The Honorable
United States

*IT IS SO ORDERED*
Judge Edward M. Chen