UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**DENNIS WEBB, MATHIEU FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN AND MONEY PURCHASE PENSION PLAN,**<br><br>Defendants. | Civil Action No. C 12-2055 EMC<br><br>[~~PROP~~OSED] ORDER GRANTING PARTIES' STIPULATION EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON DENNIS WEBB'S MOTION TO DISMISS |

It is hereby **ORDERED** that Plaintiff's opposition brief to Defendant Dennis Webb's motion to dismiss shall be filed on or before July 17, 2012, and Defendant Dennis Webb's reply brief shall be filed on or before July 24, 2012.

**IT IS SO ORDERED.**

Dated: 7/3/12 _____

The H[onorable]
U[nit]ed

IT IS SO ORDERED
Judge Edward M. Chen