UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**DENNIS WEBB, MATHIEU FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN,**<br><br>Defendants. | Civil Action No. C 12-2055 EMC<br><br>[PROP~~OS~~ED] ORDER GRANTING THE SECRETARY'S AND CFI'S STIPULATION TO CONTINUE HEARING ON SECRETARY'S MOTION TO STRIKE CFI'S AFFIRMATIVE DEFENSES<br><br>ERISA 29 U.S.C. § 1001, et seq. |

It is hereby **ORDERED** that the Secretary's and CFI's Stipulation To Continue September 14, 2012 Hearing On Secretary's Motion To Strike CFI'S Affirmative Defenses is **GRANTED**, and that the hearing on Secretary's Motion To Strike CFI'S Affirmative Defenses scheduled for September 14, 2012 at 1:30 p.m. is continued to November 16, 2012 at 1:30 p.m.

**IT IS SO ORDERED.** The CMC is reset from November 16, 2012 at 10:30 a.m. to 1:30 p.m. An updated joint CMC Statement shall be filed by November 9, 2012.

Dated: _____September 6, 2012

_____
The Honorable
United States

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen