RALPH W. ROBINSON (SBN 51436)
Email: Ralph.Robinson@WilsonElser.com
SHIVANI NANDA (SBN 253891)
Email: Shivani.Nanda@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:　(415) 433-0990
Facsimile:　(415) 434-1370

Attorneys for Defendant
CONSULTING FIDUCIARIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of the United States<br>Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DENNIS WEBB, MATTHEW FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>　　　　　Defendants. | Case No.: C 12-2055 EMC<br><br>Honorable Judge Edward M. Chen<br><br>**STIPULATION TO CONTINUE NOVEMBER 15, 2012 HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE CONSULTING FIDUCIARIES, INC.'S AFFIRMATIVE DEFENSES; [PROPOSED] ORDER**<br><br>Order resetting CMC from 11/15/12 to 11/14/12 at 9:30 a.m. |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, plaintiff Hilda L. Solis ("Plaintiff") and defendant Consulting Fiduciaries, Inc. ("CFI") state the following. On July 31, 2012, Plaintiff filed a Motion To Strike CFI's Affirmative Defenses [Docket No. 49]. On August 14, 2012, CFI filed a Memorandum in Opposition to Plaintiff's motion. [Docket No. 50]. On August 21, 2012, Plaintiff filed a Reply to CFI's Opposition. [Docket No. 54]. The hearing for this motion was originally scheduled for September 14, 2012 at 1:30 p.m., but on September 6, 2012, pursuant to the stipulated request of the parties, the Court continued the hearing to November 16, 2012. [Docket Nos. 57-58]. On September 17, 2012, the Court issued a Clerks Notice resetting the hearing from November 16, 2012 to November 15, 2012 at 2:30 p.m. [Docket No. 59]. On

1  November 1, 2012, the Court issued a Clerks Notice resetting the hearing from November 15, 2012
2  at 1:30 p.m. to November 15, 2012 at 9:30 a.m.
3   The parties, through their undersigned counsel, have met and conferred and agree that it is
4  in the interest of the parties and the interests of justice to continue the hearing on Plaintiff's Motion
5  to Strike CFI's affirmative defenses from November 15, 2012 to January 11, 2013 at 1:30 p.m.
6  This extension of time does not alter the date of any event or any deadline already fixed by Court
7  Order.
8  **IT IS SO STIPULATED.**
9  Date: November 6, 2012       PLAN BENEFITS SECURITY DIVISION
                                 OFFICE OF THE SOLICITOR
10                               U.S. DEPARTMENT OF LABOR
11                               By: /s/ Eric C. Lund
                                 Attorney for Plaintiff
12                               HILDA L. SOLIS
13                               Secretary of the United States
                                 Department of Labor
14
15 Date: November 6, 2012        WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP
16
17                               By: /s/ Shivani Nanda
                                 RALPH W. ROBINSON
18                               SHIVANI NANDA
                                 Attorneys for Defendant
19                               CONSULTING FIDUCIARIES, INC.
20

21                               **ORDER**
22  Good cause appearing therefore, **IT IS HEREBY ORDERED** that the hearing on
23  Plaintiff's Motion to Strike CFI's Affirmative Defenses is continued from November 15, 2012 to
24  January ~~11,~~ 17 2013 at 1:30 p.m.  The CMC set for November 15, 2012 at 1:30 p.m. is rescheduled to November 14, 2012 at 9:30 a.m.  A joint CMC Statement shall be
25  DATED: 11/7/12   ~~filed~~ filed by November 8, 2012.
                                 By_____
26                               The Honorable Edward M. Chen
                                 United States District Judge
27
                                 *IT IS SO ORDERED AS MODIFIED*
                                 *Judge Edward M. Chen*
28

---
2
**STIPULATION TO CONTINUE NOVEMBER 15, 2012 HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE CONSULTING FIDUCIARIES, INC.'S AFFIRMATIVE DEFENSES; [PROPOSED] ORDER**
954273.1                                                           USDC NDCA Case No.: C 12-2055 EMC

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

/s/ Shivani Nanda
SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370