UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of the United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **DENNIS WEBB, MATHIEU FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN,** <br><br> Defendants. | Civil Action No. C 12-2055 EMC <br><br> [~~PROP~~OSED] ORDER GRANTING STIPULATION TO CONTINUE JANUARY 17, 2013 HEARING ON SECRETARY'S MOTIONS TO STRIKE AFFIRMATIVE DEFENSES AND FIDIAM, GALLUCCI, AND THE ESOP'S MOTION TO CORRECT ORDER <br><br> ERISA 29 U.S.C. § 1001, et seq. |

It is hereby **ORDERED** that the parties' Stipulation to Continue January 17, 2013 hearing is **GRANTED**, and that the hearing on Secretary's Motions To Strike the Defendants' Affirmative Defenses [Dkt. #49, 74, 76] and Defendants Fidiam, Gallucci, and the ESOP's Motion to Correct Order [Dkt. #66] scheduled for January 17, 2013 at 1:30 p.m. is continued to April ~~5~~ 4, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 1/4/13  _____

_____
The Honorable
United States

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen