UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DENNIS WEBB, ET AL.<br><br>　　　　Defendant(s).<br>_____/ | No. C- 12-02055 EMC (EDL)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for August 1, 2013, is VACATED.

Dated: July 31, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge