UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS WEBB, MATHIEU FIDIAM, J. ROBERT GALLUCCI, CONSULTING FIDUCIARIES, INC., and THE PARROT CELLULAR EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Civil Action No. C 12-2055 EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING DATES ON PENDING MOTIONS<br><br>ERISA 29 U.S.C. § 1001, et seq. |

For good cause shown, it is hereby ORDERED that:

    1. The August 29, 2013 hearing date for the Secretary's Motions To Strike [Dkt. #'s 49, 74, and 76] be continued to November 7, 2013 at 1:30 p.m.;

    2. The August 29, 2013 hearing date for Fidiam, Gallucci, and the Plan's Motion to Amend/Correct [Dkt. #66] be continued to November 7, 2013 at 1:30 p.m.;

    3. The August 29, 2013 Case Management Conference be continued to November 7, 2013 following the hearings on the Pending Motions; and

[PROPOSED] ORDER GRANTING STIPULATION
Case No. C 12-2055 EMC

1    4.  The Parties shall file a Further Case Management Statement on or
2    before October 31, 2013.

IT IS SO ORDERED.

Date: _____August 13, 2013_____

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER GRANTING STIPULATION
Case No. C 12-2055 EMC